IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMIE COLE                                                                    PLAINTIFF

v.                                Case No. 4:19-cv-4010

CORPORAL HENDERSON                                    DEFENDANT

## **ORDER**

     Before the Court is the Report and Recommendation filed on February 27, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that Plaintiff's Motion for Restraining Order (ECF No. 8) be denied. Plaintiff has filed timely objections. ECF No. 14. However, those objections are not specific and do not otherwise call into question Judge Bryant's findings and conclusions. Accordingly, upon review, the Court overrules Plaintiff's objections and adopts Judge Bryant's Report and Recommendation *in toto*. Therefore, Plaintiff's Motion for Restraining Order (ECF No. 8) is hereby **DENIED**.

     **IT IS SO ORDERED**, this 19th day of March, 2019.

                                                                           /s/ Susan O. Hickey
                                                                           Susan O. Hickey
                                                                           Chief United States District Judge